COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Christopher Scott Brann v. Carlos Guimaraes and Jemima Guimaraes

Appellate case number:   01-19-00439-CV

Trial court case number: 2019-11003

Trial court:             270th District Court of Harris County

      Appellant, Christopher Brann, has filed an emergency motion requesting a stay of trial court proceedings pending resolution of his interlocutory appeal. The Court requests that appellees file a response to the motion by no later than **December 10, 2019.**

      It is so ORDERED.


Judge's signature: _____/s/ Gordon Goodman_____
                                   Acting individually


Date: ___December 6, 2019__